USDC- GREENBELT
'24 FEB 1 PM 2:22

KOH
AKA/JAR: USAO2022R00631

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. TDC24CR30 |
| | * | |
| | * | (Conspiracy to Commit Arson, 18 |
| DOMINIC FOWLER, | * | U.S.C. § 844(n); Arson Affecting |
| | * | Interstate Commerce, 18 U.S.C. |
| Defendant | * | § 844(i); Interstate Transportation of |
| | * | Stolen Vehicle, 18 U.S.C. § 2321; |
| | * | Carrying Explosive During |
| | * | Commission of Felony, 18 U.S.C. |
| | * | § 844(h)(2); Felon in Possession of |
| | * | Firearm, 18 U.S.C. § 922(g)(1); |
| | * | Forfeiture, 18 U.S.C. §§ 924(d)(1), |
| | * | 981(a)(1)(C), 982; 21 U.S.C. § 853), 28 |
| | * | U.S.C. § 2461(c)) |
| | * | |

*******

### INDICTMENT

### COUNT ONE
### (Conspiracy to Commit Arson)

The Grand Jury for the District of Maryland charges that:

At all times material to the Indictment:

### Introduction

1. **DOMINIC FOWLER** was a resident of the District of Columbia and committed the criminal acts alleged herein in the District of Maryland and other locations.

### Business Victims

2. The business victims of criminal activities described in this Indictment included:

   a. Victim Business 1, a liquor store located on All Saints Road in North Laurel, Maryland.

      b.      Victim Business 2, a grocery store located on Brinkley Road in Temple Hills, Maryland.

      c.      Victim Business 3, a grocery store located on Saint Barnabas Road in Fort Washington, Maryland.

### The Conspiracy

3.      Beginning no later than August 2022 and continuing through in or around September 2022, in the District of Maryland and elsewhere, the defendant,

**DOMINIC FOWLER,**

and others known and unknown to the Grand Jury, conspired and agreed together to maliciously damage and destroy, and attempt to damage and destroy, by means of fire and an explosive, any building, vehicle, or other real or personal property used in interstate and foreign commerce and in any activity affecting interstate and foreign commerce, in violation of 18 U.S.C. § 844(i).

### Object of the Conspiracy

4.      It was the object of the arson conspiracy to obtain cash contained in ATMs located inside the Victim Businesses.

### Manner and Means of the Conspiracy

It was part of the conspiracy that:

5.      **FOWLER** and others identified business locations in Maryland that closed at night and contained ATMs inside.

6.      **FOWLER** and others would obtain components and manufacture explosive devices with which to explosively rupture ATMs so that the U.S. currency contained inside could be retrieved.

7. **FOWLER** and others would force entry into the Victim Businesses at night before setting the explosives so they could steal the currency contained inside the ATMs unhindered.

8. **FOWLER** and others would steal vehicles to be used during these robberies to prevent their identification as the culprits.

18 U.S.C. § 844(n)

## COUNT TWO
### (Arson Affecting Interstate Commerce)

The Grand Jury for the District of Maryland further charges that:

1. Paragraphs 1 through 2 and 4 through 8 of Count One are hereby incorporated by reference as though fully set forth herein.

2. On or about September 13, 2022, in the District of Maryland, the defendant,

**DOMINIC FOWLER,**

did maliciously damage and destroy, and attempt to damage and destroy, by means of fire and explosive, an ATM located in Victim Business 1 located on All Saints Road, North Laurel, Maryland, which was used in interstate and foreign commerce.

18 U.S.C. § 844(i)

## COUNT THREE
### (Arson Affecting Interstate Commerce)

The Grand Jury for the District of Maryland further charges that:

1. Paragraphs 1 through 2 and 4 through 8 of Count One are hereby incorporated by reference as though fully set forth herein.

2. On or about September 13, 2022, in the District of Maryland, the defendant,

**DOMINIC FOWLER,**

did maliciously damage and destroy, and attempt to damage and destroy, by means of fire and explosive, an ATM located in Victim Business 2 located on Brinkley Road, Temple Hills, Maryland, which was used in interstate and foreign commerce.

18 U.S.C. § 844(i)

## COUNT FOUR
## (Arson Affecting Interstate Commerce)

The Grand Jury for the District of Maryland further charges that:

1. Paragraphs 1 through 2 and 4 through 8 of Count One are hereby incorporated by reference as though fully set forth herein.

2. On or about September 29, 2022, in the District of Maryland, the defendant,

**DOMINIC FOWLER**

did maliciously damage and destroy, and attempt to damage and destroy, by means of fire or explosive, an ATM located in Victim Business 3 located on Saint Barnabas Road, Fort Washington, Maryland, which was used in interstate and foreign commerce.

18 U.S.C. § 844(i)

## COUNT FIVE
### (Interstate Transportation of Stolen Vehicle)

The Grand Jury for the District of Maryland further charges that:

On or about September 29, 2022, in the District of Maryland and elsewhere, the defendant,

**DOMINIC FOWLER,**

did unlawfully transport in interstate commerce a stolen motor vehicle, that is, a white Chevy Colorado bearing Maryland registration 18W426, from the District of Columbia to and within Maryland, knowing the same to be stolen.

18 U.S.C. § 2312

## COUNT SIX
### (Carrying Explosive During Commission of Felony)

The Grand Jury for the District of Maryland further charges that:

On or about September 29, 2022, in the District of Maryland, the defendant,

**DOMINIC FOWLER,**

carried an explosive during the commission of any felony which may be prosecuted in a court of the United States, to wit, Interstate Transportation of a Stolen Vehicle in violation of 18 U.S.C. § 2321, as charged in Count Five of this Indictment and incorporated here.

18 U.S.C. § 844(h)(2)

## COUNT SEVEN
### (Felon in Possession of a Firearm)

The Grand Jury for the District of Maryland further charges that:

On or about September 29, 2022, in the District of Maryland, the defendant,

**DOMINIC FOWLER,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm as that term is defined in 26 U.S.C. § 5845(a) and 18 U.S.C. § 921(a)(3) —that is, a destructive improvised explosive device—in and affecting interstate commerce.

18 U.S.C. § 922(g)(1)

## FORFEITURE ALLEGATION

1.      Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as a part of any sentence in accordance with 18 U.S.C. §§ 924(d), 981(a)(1)(C), 982(a)(2)(B), and 982(a)(5), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), in the event of the defendant's conviction under Counts One through Seven of this Indictment.

### Firearms and Ammunition Forfeiture

2.      Upon conviction of any of the offenses set forth in Counts One through Seven of this Indictment, the defendant,

**DOMINIC FOWLER,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the offenses.

### Arson Forfeiture

3.      Upon conviction of any of the offenses set forth in Counts One through Four or Count Six of this Indictment, the defendant,

**DOMINIC FOWLER,**

shall forfeit to the United States: (a) pursuant to 18 U.S.C. § 982(a)(2)(B), any property constituting or derived from, proceeds obtained directly or indirectly, as a result of such offenses; and (b) pursuant to 18 U.S.C. § 844(c), any explosive materials involved or used or intended to be used in the offenses.

### Interstate Transportation of Stolen Property Forfeiture

4.      Upon conviction of any of the offenses set forth in Counts One through Four or Count Six of this Indictment, the defendant,

**DOMINIC FOWLER,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(5), any property, real or personal, which represents or is traceable to the gross proceeds obtained, directly or indirectly, as a result of such violation.

### Substitute Assets

5. If, as a result of any act or omission of the defendant, any of the property described above as being subject to forfeiture:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property that cannot be subdivided without difficulty;

pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), the United States shall be entitled to forfeiture of substitute property of the defendant up to the value of the forfeitable property described above.

18 U.S.C. § 924(d)
18 U.S.C. § 981(a)(1)(C)
18 U.S.C. § 982(a)(2)(B)
18 U.S.C. § 982(a)(5)
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

_____
Erek L. Barron
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

Date: February __, 2024